# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

ELIJAH EKWAUN BEAUFORD,

      Defendant-Appellant.

UNPUBLISHED
December 27, 2016

No.  329045
Berrien Circuit Court
LC No.  2014-005179-FH

Before: BORRELLO, P.J., and SAWYER and MARKEY, JJ.

SAWYER, J. (*concurring*).

     I concur in the result only.

                                                   /s/ David H. Sawyer

-1-